UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

U.S. DISTRICT COURT
DISTRICT OF MAINE
PORTLAND
RECEIVED & FILED

2018 MAR -2 P 4:44

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Criminal No. 2:18-cr-00027-NT |
| v. ) | VIOLATION(S): |
| ) | (18 U.S.C. §§ 2261A(2)(B), 2261(b)(5)) |
| GREGORY FERNANDEZ ) | |
| Defendant ) | |

## INDICTMENT

The Grand Jury charges that:

### COUNT ONE
(Stalking – Victim 1)

From about January 1, 2017 until about May 22, 2017, in the District of Maine and elsewhere, Defendant,

**GREGORY FERNANDEZ**

with the intent to injure, to harass, to intimidate, and to place under surveillance with intent to injure, harass and intimidate, another person, namely, Victim 1, used electronic communication service and facilities of interstate or foreign commerce, including electronic mail and social media platforms, to engage in a course of conduct that caused, attempted to cause, and would be reasonably expected to cause, substantial emotional distress to Victim 1.

Thus, Defendant violated Title 18, United States Code, Sections 2261A(2)(B) and 2261(b)(5).

### COUNT TWO
(Stalking – Victim 2)

From about January 1, 2017 until about May 22, 2017, in the District of Maine and elsewhere, Defendant,

**GREGORY FERNANDEZ**

with the intent to injure, to harass, to intimidate, and to place under surveillance with intent to injure, harass and intimidate, another person, namely, Victim 1, used electronic communication service and facilities of interstate or foreign commerce, including electronic mail and social media platforms, to engage in a course of conduct that caused, attempted to cause, and would be reasonably expected to cause, substantial emotional distress to Victim 2, an intimate partner of Victim 1.

Thus, Defendant violated Title 18, United States Code, Sections 2261A(2)(B) and 2261(b)(5).

Assistant United States Attorney
Dated: 3/2/18

A TRUE BILL
Original signature on file in the Clerk's Office

GRAND JURY FOREPERSON